FILED

01/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0242

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0242

STATE OF MONTANA,

  Plaintiff and Appellee,

v.

JOURNEY RYDER JOHN WIENKE,

  Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 19, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 19 2021